# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYNTHIA THOMAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 04-1272-KAJ |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

    I, Patricia C. Hannigan, Assistant United States Attorney for the District of Delaware, and a member of the Bar of the United States District Court, hereby certify that on **March 14, 2005**, two copies of the following document:

    **NOTICE OF DEPOSITION**

**of Cynthia Thomas** was delivered via Facsimile & First Class U.S. Mail, postage prepaid, to counsel at the following address:

**Edward C. Gill, Esquire**
16 North Bedford Street
P. O. Box 824
Georgetown, DE 19947
302) 854-5400

    COLM F. CONNOLLY
    United States Attorney

    By: /s/Patricia C. Hannigan
        Patricia C. Hannigan
        Assistant United States Attorney
        Delaware Bar I.D. No. 2145
        The Nemours Building
        1007 Orange Street, Suite 700
        P. O. Box 2046
        Wilmington, DE 19899-2046
        (302) 573-6277
        Patricia.Hannigan@usdoj.gov

Dated: **March 14, 2005**