# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYNTHIA THOMAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 04-1272-KAJ |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

    I, Patricia C. Hannigan, Assistant United States Attorney for the District of Delaware, and a member of the Bar of the United States District Court, hereby certify that on **March 15, 2005**, a copy of the following document:

**UNITED STATES OF AMERICA'S FIRST SET OF INTERROGATORIES TO PLAINTIFF**

was Hand-Delivered to counsel at the following address:

**Edward C. Gill, Esquire**
16 North Bedford Street
P. O. Box 824
Georgetown, DE 19947
(302) 854-5400

                                            COLM F. CONNOLLY
                                            United States Attorney

                                    By:   /s/Patricia C. Hannigan
                                            Patricia C. Hannigan
                                            Assistant United States Attorney
                                            Delaware Bar I.D. No. 2145
                                            The Nemours Building
                                            1007 Orange Street, Suite 700
                                            P. O. Box 2046
                                            Wilmington, DE 19899-2046
                                            (302) 573-6277
                                            Patricia.Hannigan@usdoj.gov

Dated:  **March 17, 2005**