*Law Office of Edward C. Gill, P.A.*

16 N. BEDFORD STREET
P.O. BOX 824
GEORGETOWN, DELAWARE 19947-0824

EDWARD C. GILL
THERESA McQUAID HAYES (DE, VA)
MICHAEL R. ABRAM

PHONE:  302-854-5400
FAX:  302-854-5409

April 4, 2005

The Honorable Kent A. Jordan
U.S. District Court for the District of Delaware
844 North King Street, Room 4209
Lock Box 10
Wilmington, Delaware  19801

> Re: Cynthia Thomas v. United States of America
> Civil Action Number:  04-1272 KAJ

Dear Judge Jordan:

Please consider this letter as the parties interim status report pursuant to the scheduling order of this Court.  The parties have completed depositions of both the plaintiff and the defendant.  Written discovery is still outstanding but does not raise any legal issues which require the Court's attention at this time.

Trial is scheduled for January 2, 2006.  A Mediation Conference is scheduled with Magistrate Judge Thynge on September 12, 2005.

The parties agree that there is nothing further to report to this Court.  In anticipation of the scheduled status conference on April 12, 2005 we respectfully request that the conference be taken off the Court's calendar.

We thank you for your continued consideration of this matter.

Respectfully submitted,

Edward C. Gill, Esquire

Patricia Hannigan, Esquire

ECG/jm
cc:  Cynthia Thomas