# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CYNTHIA THOMAS | : | |
| Plaintiff, | : | C.A. No.: 04-1272-KAJ |
| v. | : | |
| THE UNITED STATES OF AMERICA | : | |
| Defendants. | : | |

## NOTICE OF SERVICE

I, Edward C. Gill, Attorney for the Plaintiff, Cynthia Thomas, and a member of the Bar of the United Stated District Court, hereby certify that on April __13____, 2005, I electronically filed **PLAINTIFF ANSWERS TO DEFENDANT INTERRGATORIES AND RESQUEST FOR PRODUCTION** with the Clerk of Court using the CM/ECF which sends notification of such filing(s) to the following:

Patricia C. Hannigan, Esquire
Chase Manhattan Centre
1201 Market Street, Suite 1100
P.O. Box 2046
Wilmington, DE 19899-2046

                                          LAW OFFICE OF
                                          EDWARD C. GILL, P.A.

                                          /s/ Edward C. Gill
                                          Edward C. Gill, Esquire
                                          Delaware Bar I.D. 2112
                                          16 North Bedford Street
                                          PO Box 824
                                          Georgetown, DE 19947
                                          ed@de-law.com
                                          (302) 854-5400