*Law Office of Edward C. Gill, P.A.*

16 N. BEDFORD STREET
P.O. BOX 824
GEORGETOWN, DELAWARE 19947-0824

EDWARD C. GILL
THERESA McQUAID HAYES (DE, VA)
MICHAEL R. ABRAM

September 19, 2005

PHONE: 302-854-5400
FAX: 302-854-5409

Honorable Kent Jordan
United States District Court
District of Delaware
Lockbox 10
844 Kings Street
U.S. Court House
Wilmington, Delaware 19801

Re:   Cynthia Thomas v. United States of America
      Civil Action Number: 04-1272 KAJ

Dear Judge Jordan:

Please be advised that we have settled the above captioned case. Please remove the trial scheduled for January 2, 2006 and January 3, 2006 from your schedule.

Thank you.

Sincerely,

Edward C. Gill

ECG/jdl
Enclosure
cc:   Cynthia Thomas
      Patricia Hannigan, Esquire
      Honorable Mary Pat Thynge, U.S. Magistrate