September 23, 2005

Honorable Kent Jordan
United States District Court
District of Delaware
Lockbox 10
844 Kings Street
U.S. Court House
Wilmington, Delaware 19801

Re:  Cynthia Thomas v. United States of America
     Civil Action Number: 04-1272 KAJ

Dear Judge Jordan:

   Please be advised that we have settled the above captioned case.  Please remove the trial scheduled for January 2, 2006 and January 3, 2006 from your schedule.

   Thank you.

                                             Sincerely,

                                             /s/_____
                                             Edward C. Gill, Esquire


ECG/jdl
Enclosure
cc:  Cynthia Thomas
     Patricia Hannigan, Esquire
     Honorable Mary Pat Thynge, U.S. Magistrate