IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYNTHIA THOMAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 04-1272-KAJ |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

### STIPULATION OF DISMISSAL

The parties, by and through undersigned counsel, hereby stipulate and agree that the above-captioned matter be dismissed with prejudice.

**Edward C. Gill, Esquire**
Delaware Bar I.D. No. 2112
16 North Bedford Street
P. O. Box 824
Georgetown, DE 19947
(302) 854-5400

Attorney for Plaintiff

Dated: 11/7/05

COLM F. CONNOLLY
United States Attorney

**Patricia C. Hannigan**
Assistant United States Attorney
Delaware Bar I.D. No. 2145
1007 Orange Street, Suite 700
PO Box 2046
Wilmington, Delaware 19899-2046
(302) 573-6277
Patricia.Hannigan@usdoj.gov

Attorneys for United States of America
Dated: 11/9/05

AND NOW this ____ day of _____, 2005, IT IS HEREBY SO ORDERED.

---

Honorable Kent A. Jordan
District Judge
District of Delaware