

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYNTHIA THOMAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 04-1272-KAJ |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

### STIPULATION OF DISMISSAL

The parties, by and through undersigned counsel, hereby stipulate and agree that the above-captioned matter be dismissed with prejudice.

| | |
|---|---|
| | COLM F. CONNOLLY |
| | United States Attorney |
| | |
| **Edward C. Gill, Esquire** | **Patricia C. Hannigan** |
| Delaware Bar I.D. No. 2112 | Assistant United States Attorney |
| 16 North Bedford Street | Delaware Bar I.D. No. 2145 |
| P. O. Box 824 | 1007 Orange Street, Suite 700 |
| Georgetown, DE 19947 | PO Box 2046 |
| (302) 854-5400 | Wilmington, Delaware 19899-2046 |
| | (302) 573-6277 |
| | Patricia.Hannigan@usdoj.gov |
| Attorney for Plaintiff | |
| | Attorneys for United States of America |
| Dated: 11/7/05 | Dated: 11/9/05 |

AND NOW this 10th day of Nov., 2005, IT IS HEREBY SO ORDERED.

Honorable Kent A. Jordan
District Judge
District of Delaware